

# UNITED STATES DISTRICT COURT
## District of Alaska

Brian D. Karth, Clerk of Court

| Federal Building, U.S. Courthouse | U.S. Courthouse | U.S. Courthouse |
| --- | --- | --- |
| 222 West 7th Ave., #4 | 101 12th Ave., Box 1 | 709 West 9th Ave. |
| Anchorage, AK 99513-7564 | Fairbanks, AK 99701-6283 | P.O. Box 020349 |
| 907-677-6100 | 907-451-5791 | Juneau, AK 99802-0349 |

July 8, 2022

Re:  DAVID GALVAN HARO
  Our Case Number: 3:23-mj-00398-KFR
  Your Case Number: CR-16-125-03-TLC

Dear Clerk:

**Initial Transfer Out**
☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return the original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

**Final Transfer Out**
☐ Enclosed please find the original Probation Form 22 transferring the jurisdiction from the District of Alaska to your district. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order and docket sheet.

**Transfer In**
☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward the docketed original Probation Form 22, and certified copies of the charging document, Judgment & Commitment Order, and docket sheet for **only** this defendant.

**Rule 40 Removal Proceedings**
☐ Enclosed please find certified copies of all documents and docket sheet from our court.

**Rule 20**
☒ Enclosed please find the original order transferring case to the District of Arizona and a copy of the docket sheet and dockets.

Please acknowledge receipt of these documents by returning a copy of the enclosed letter in the envelope provided.

Sincerely,

BRIAN D. KARTH
CLERK OF COURT


Caroline Edmiston, Operations Manager